UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKKI J. STEINBAUER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:21-cv-52

HON. JANE M. BECKERING

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 6, 2022 (ECF No. 21), recommending that the Commissioner's decision be reversed and the matter be remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated: July 22, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge