UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKKI J. STEINBAUER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:21-cv-52

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed an Unopposed Motion for Attorney Fees (ECF No. 24), seeking fees under the Equal Access to Justice Act. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 26) on September 14, 2022, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney Fees (ECF No. 24) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount $4,710.00, and that such payment be made directly to Plaintiff.

Dated: September 29, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge